IN THE COURT OF CRIMINAL APPEALS

OF TEXAS


 

 NO. 74,905 



EX PARTE JOSE JUAN RODRIGUEZ, Applicant



 

ON APPLICATION FOR A WRIT OF HABEAS CORPUS 

 FROM GALVESTON COUNTY 

Per Curiam.

O P I N I O N

 This is a post-conviction application for a writ of habeas corpus filed pursuant to
Article 11.07, TEX.CODE CRIM.PROC. Applicant was convicted of possession of more than
400 grams of cocaine and punishment was assessed at ten years imprisonment. Appeal
was dismissed because notice was untimely. Rodriguez v. State, No. 06-01-114-CR
(Tex.App. - Texarkana delivered July 10, 2001, no pet.). 

 Applicant contends that he was denied his right to a meaningful appeal when
appellate counsel was appointed too late to file timely notice of appeal. The trial court entered
findings of fact and conclusions of law in which it concluded Applicant was denied a
meaningful appeal because appellate counsel was not timely appointed, and recommended
that an out-of-time appeal be granted.

 Relief is granted. Applicant is entitled to an out-of-time appeal in cause number
00CR1892 in the 56th Judicial District Court of Galveston County. This cause is returned to
that point in time at which Applicant may give written notice of appeal so that he may then,
with the aid of counsel, obtain a meaningful appeal. For purposes of the Texas Rules of
Appellate Procedure, all time limits shall be calculated as if the sentence had been imposed
on the date that the mandate of this Court issues. We hold that should Applicant desire to
prosecute an appeal, he must take affirmative steps to see that written notice of appeal is
given within thirty days after the mandate of this Court has issued.

DELIVERED: March 3, 2004

DO NOT PUBLISH